**FILED**

FEB 2 1 2024

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. _24-40011_ |
| | ) | |
| v. | ) | |
| | ) | VIO:  Title 18, United States Code |
| ALONZO JAMES MAYO | ) | Sections 2251(a) and (e); 2422(b); |
| | ) | 2252A(a)(2)(A) and (b)(1); and |
| Defendant. | ) | 2428. |

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE
(Sexual Exploitation of Children)

From on or about March 2022, through on or about May 30, 2023, in Knox County in the Central District of Illinois and elsewhere, the defendant,

**ALONZO JAMES MAYO,**

did employ, use, persuade, induce, entice, and coerce a minor child, to wit: Minor Victim #1, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, where such visual depictions were produced using materials that had been shipped and transported in interstate and foreign commerce, and the defendant knew or had reason to know that said visual depiction would be transmitted using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

1

## COUNT TWO
(Enticement of a Minor)

Between in or about March 2022 and through on or about May 30, 2023, in Knox County in the Central District of Illinois and elsewhere, the defendant,

**ALONZO JAMES MAYO,**

the defendant herein, used a facility and means of interstate commerce, the Internet and a cellular telephone, to knowingly attempt to persuade, induce, and entice Minor Victim #1, an individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, to wit, Aggravated Criminal Sexual Abuse, in violation of Illinois statute 720 ILCS 5/11-1.60(d) and Predatory Criminal Sexual Assault, in violation of Illinois statute 720 ILCS 5/11-1.40(a)(1).

In violation of Title 18, United States Code, Sections 2422(b).

## COUNT THREE
(Distribution of Child Pornography)

On or about May 30, 2023, within the Central District of Illinois and elsewhere, the defendant,

**ALONZO JAMES MAYO,**

the defendant herein, did knowingly distribute any child pornography, as defined in Title 18 United States Code Section 2256(8)(a), being a visual depiction of a minor engaging in sexually explicit conduct, using any means and facility of interstate and foreign commerce and that has been mailed, and has been shipped and transported in and

affecting interstates and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

## FORFEITURE NOTICE

1.      The charges contained in Counts One through Three are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2428.

2.      For his engagement in the violations alleged in the foregoing counts

**ALONZO JAMES MAYO,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all interest in:

a.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One and Two of this Indictment; and

b.      Any property, real or personal, used or intended to be used to commit or promote the commission of the offense alleged in Counts One and Two of this Indictment.

3.      The property referenced in paragraph 2, subparagraphs a and b above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software.

4

All pursuant to Title 18, United States Code, Section 2428.

**A TRUE BILL**

s/Foreperson

**FOREPERSON**

s/Jennifer L Mathew

**GREGORY K. HARRIS**
**UNITED STATES ATTORNEY**
**JLM**