IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )  Case No. 24-CR-40011 |
| | ) |
| v. | ) |
| | ) |
| ALONZO MAYO, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO FILE EXHIBITS
## UNDER SEAL

NOW COMES the Plaintiff, the United States of America, by and through its attorneys, Gregory M. Gilmore, Acting United States Attorney, and Amanda W. Searle, Assistant United States Attorney for the Central District of Illinois, and moves this Court to the government to file exhibits under seal and in support states as follows:

1.      On May 16, 2025, the defendant filed a Motion for Reconsideration of Detention. R.23.

2.      On May 20, 2025, the Court ordered the defense to obtain the sealed records from the District of Maryland and file them as additional exhibits. d/e 05/20/2025.

3.      On June 3, 2025, the defense submitted two filings from the District of Maryland (R.25) and the transcript of the detention hearing (R.26).

4.  In examining the docket from the District of Maryland, the government discovered that three exhibits were also filed under seal by the defense. R.9 (24-mj-00755).

5.  The government submits these documents to the Court so that it has access to all the material reviewed by the magistrate on the issue of detention.

6.  The government requests these documents be sealed to comply with the order of the magistrate in the District of Maryland that these documents be sealed because they contain personal information surrounding the defendant's release plan.

WHEREFORE, the government requests the Court allow three exhibits to be filed under seal.

GREGORY M. GILMORE
ACTING UNITED STATES ATTORNEY

By:   /s/*Amanda W. Searle*
Amanda W. Searle
Assistant United States Attorney
1515 Fifth Avenue, Suite 600
Moline, IL 61265
Telephone: 309-283 3319
amanda.searle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, the undersigned caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to all parties of record.

/s/ *Amanda W. Searle*
Amanda W. Searle
Assistant United States Attorney